■ LEROY ROSELIEVE, Respondent, v. ERIE RAILROAD COMPANY, Appellant. — Order entered on February 20, 1961, striking defendant's answer unless it appears for examination before trial, unanimously reversed, on the law, on the facts and in the exercise of discretion, with $20 costs and disbursements to the appellant, and the motion denied, with $10 costs. Implicit in the order of November 28, 1960, granting plaintiff leave to file a note of issue prior to completion of pretrial proceedings, is the preservation of the defendant's priority in respect of the examinations before trial. If changed circumstances dictate the prior examination of the defendant, they should be made the basis for an appropriate modification of the order of November 28, 1960. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK MEIKLE, Appellant.— Order entered on October 27, 1958, denying defendant's application for a writ of error *coram nobis*, unanimously affirmed. No opinion. Concur—Botein, P. J., McNally, Stevens, Eager and Bastow, JJ.

■ In the Matter of WILLIAM DOERRER, Petitioner, v. PETER J. REIDY, as Commissioner of the Department of Buildings of the City of New York, et al., Respondents.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur—Botein, P. J., McNally, Stevens, Eager and Bastow, JJ.

■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property for Williamsbridge Road from Morris Park Avenue to Pelham Parkway South, Borough of The Bronx. VITO MACINA et al., Appellants.— Final decree, so far as appealed from, unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLOS COTTO, Appellant, et al., Defendant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Bastow, JJ.

■ In the Matter of HERBERT SEVERIN, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.— Order entered on November 14, 1960, sustaining respondent's determination granting landlord's application for a certificate of eviction against appellant and dismissing the petition, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Bastow, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. HEWLETT BRISTOL. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES C. RICHARDSON. (C) THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY JOHNSON.— [In each action] Motion for leave to appeal as a poor person dismissed, having become academic by virtue of the decision of this court decided herein. Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST PAGE.— Motion for leave to appeal as a poor person granted on the terms and conditions contained in the order of this court filed herein. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.